## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL CARDONE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARVELL TECHNOLOGY GROUP, LTD.,<br>RICK HILL, MATT MURPHY, TUDOR<br>BROWN, BRAD BUSS, EDWARD,<br>FRANK, MARACHEL KNIGHT,<br>BETHANY MAYER, MICHAEL<br>STRACHAN, and ROBERT SWITZ,<br><br>        Defendants. | Case No.: 21-cv-153 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 6, 2021

**MOORE KUEHN, PLLC**

*/s/Justin Kuehn*
Justin A. Kuehn
Fletcher W. Moore
30 Wall Street, 8th floor
New York, New York 10005
Tel: (212) 709-8245
jkuehn@moorekuehn.com
fmoore@moorekuehn.com

*Attorneys for Plaintiff*